IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DUNKIN' DONUTS INCORPORATED,<br>a Delaware Corporation,<br><br>Plaintiff,<br>v.<br><br>L.D.K., INCORPORATED,<br>a Maryland Corporation,<br><br>and<br><br>JAINTILAL PATEL,<br>a Resident of the State of Maryland,<br><br>Defendants. | Civil Action No.:<br>AMD 01 CV 3863 |

FILED
LODGED _____ ENTERED
_____ RECEIVED

JAN 25 2002

BY
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

## CONSENT ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Dunkin' Donuts Incorporated and Defendants L.D.K., Incorporated and Jaintilal Patel:

1. That Plaintiff's Motion for a Preliminary Injunction is GRANTED as to Defendants' Dunkin' Donuts shop located at 6040 Baltimore Avenue, Hyattsville, Maryland 20781 (the "Hyattsville Shop") to the extent agreed to herein.

2. Defendants shall cure the violations at the Hyattsville Shop and identified on the Store Standards Inspection form dated January 17, 2002 (attached hereto as Exhibit A) by no later than Tuesday, January 29, 2002.

3. Defendants shall cure the violations at the Defendants' Dunkin' Donuts shop located at 4810 Bethesda Avenue, Bethesda, Maryland 20014 and identified on the



Store Standards Inspection form dated January 4, 2002 (attached hereto as Exhibit B) by no later than Tuesday, January 29, 2002.

4. Defendants shall pay Plaintiff's attorneys' fees and costs incurred in this action totaling Four Thousand One Hundred Forty-Four and 80/100 ($4,144.80) by certified check, made payable to "Dunkin' Donuts Incorporated," to be received in the office of Plaintiff's counsel, Schmeltzer, Aptaker, & Shepard, P.C., 2600 Virginia Avenue, N.W., Suite 1000, Washington, D.C. 20037-1922, by no later than Friday, February 1, 2002.

5. In the event that Defendants fail to satisfy any of their obligations under this Order, and Plaintiff is required to incur additional fees and costs to enforce the terms of this Order, Defendants shall be responsible for such fees and costs in addition to the fees and costs identified in paragraph 4 above.

SIGNED AND ENTERED this 25 day of January, 2002.

_____
United States District Judge

Respectfully submitted,

_____
Robert L. Zisk (D. MD Bar No. 07147)
David E. Worthen
Timothy H. Goodman
SCHMELTZER, APTAKER & SHEPARD, PC
2600 Virginia Avenue, N.W., Suite 1000
Washington, D.C. 20037
(202) 333-8800

Attorneys for Plaintiff
Dunkin' Donuts Incorporated

DN9V2265

_____
Lawrence E. Heffner, Jr.
(D.MD Bar No. 08692)
RUSSELL & HEFFNER, LLC
151 W. Patrick Street
Frederick, MD 21701
(301) 695-2977

Attorney for Defendants
L.D.K., Incorporated and
Jantitlal Patel

2