FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore)**

2002 MAR -4  A  9: 30

AT BALTIMORE
BY_____DEPUTY

| | |
|---|---|
| DUNKIN' DONUTS INCORPORATED,<br>  a Delaware Corporation,<br><br>                Plaintiff,<br>    v.<br><br>L.D.K., INCORPORATED,<br>  a Maryland Corporation,<br><br>and<br><br>JAINTILAL PATEL,<br>  a Resident of the State of Maryland,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: AMD 01 CV 3863<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

_____ **FILED** _____ **ENTERED**
_____ **LODGED** _____ **RECEIVED**

MAR 0 5 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____DEPUTY

<u>**NOTICE OF DISMISSAL**</u>

      Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Dunkin' Donuts Incorporated hereby gives

notice of the dismissal, without prejudice, of this action.

                                       Respectfully submitted,

3/5/2002

APPROVED

                                     Robert L. Zisk (D. MD Bar No. 07147)
                                     David E. Worthen
                                     Timothy H. Goodman
                                     SCHMELTZER, APTAKER & SHEPARD, P.C.
                                     2600 Virginia Avenue, N.W., Suite 1000
                                     Washington, D.C. 20037
                                     (202) 333-8800

                                     Attorneys for Plaintiff
                                     Dunkin' Donuts Incorporated

Dated: March 1, 2002

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document, Plaintiff's Notice of Dismissal, was sent via Federal Express, this 1st day of March, 2002, to the attorney for Defendant at the following address:

Lawrence E. Heffner, Jr.
RUSSELL & HEFFNER, L.L.C.
151 W. Patrick Street
Frederick, Maryland 21701

_____
Robert L. Zisk